NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEPOMOCINO CALILONG,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3181

---

Petition for review of the Merit Systems Protection Board in case no. SF0831110645-I-1.

---

## ON MOTION

---

## ORDER

Nepomocino Calilong moves for leave to proceed in forma pauperis.

This court notes that this appeal was dismissed on October 12, 2012 for failure to pay the fee and for failure to submit the Federal Circuit Rule 15(c) statement. The Rule 15(c) statement was filed on October 23, 2012. We treat Mr. Calilong's motion for leave to proceed in forma pauperis as a motion to reinstate the appeal.

NEPOMOCINO CALILONG v. OPM                                        2

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The mandate is recalled, the court's dismissal order is vacated, and the petition is reinstated. The Petitioner must file his brief within 30 days of the date of this order.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24